# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN CALAMAN, | : | 1:16-cv-116 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| CARLISLE HMA, LLC, D/B/A CARLISLE REGIONAL MEDICAL CENTER, | : | |
| | : | |
| Defendant, | : | |

## ORDER

### March 24, 2017

Presently before this Court is Defendant's Motion for Summary Judgment. (Doc. 34). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 34) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

                                                               s/ John E. Jones III
                                                               John E. Jones III
                                                               United States District Judge